Argued April 27, affirmed June 20, 1978

MALONE, *Petitioner,*
*v.*
ALBANY GENERAL HOSPITAL, *Respondent.*
(WCB Case No. 76-3656, Claim No. C604-13421,
CA 9505)

579 P2d 904

Sharon Stevens, Albany, argued the cause for petitioner. On the brief were J. David Kryger and Emmons, Kyle, Kropp & Kryger, Albany.

Keith D. Skelton, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).